UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RUFUS GARTRELL | ) | Case No.: 1:20-cv-01005 NONE JLT |
| Plaintiff, | ) ) | ORDER AFTER NOTICE OF SETTLEMENT |
| v. | ) ) | (Doc. 5) |
| VIKING CLIENT SERVICES, LLC, | ) ) | |
| Defendant. | ) ) | |

The plaintiff reports the parties have settled the action.  (Doc. 5) They indicate they will seek dismissal of the action soon. Id.  Thus, the Court **ORDERS**:

1. The parties **SHALL** file a stipulation to dismiss the action **no later than November 2, 2020**;

2. All pending dates, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

Dated:   **September 3, 2020**            **/s/ Jennifer L. Thurston**
                                                                    UNITED STATES MAGISTRATE JUDGE