# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUFUS GARTRELL,<br><br>    Plaintiff,<br><br>    v.<br><br>VIKING CLIENT SERVICES, LLC,<br><br>    Defendant. | Case No.: 1:20-cv-01005 NONE JLT<br><br>ORDER THAT A DISTRICT JUDGE BE ASSIGNED TO THIS CASE AND CLOSING THE ACTION<br><br>(Doc. 7) |

The plaintiff has filed a voluntary dismissal with prejudice under Federal Rules of Civil Procedure Rule 41(a)(1)(A)(1). (Doc. 7) Accordingly, the Clerk of Court is DIRECTED to assign and district judge to this case for the purpose of closing this case and to close this case.

IT IS SO ORDERED.

Dated:   **September 29, 2020**            **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE